FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE LANDS COUNCIL; WESTERN WATERSHEDS PROJECT; and KETTLE RANGE CONSERVATION GROUP,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>US FOREST SERVICE; GLENN CASAMASSA, Pacific Northwest Regional Forester, US Forest Service; and RODNEY SMOLDEN, Forest Supervisor, Colville National Forest,<br><br>　　　　　　Defendants,<br><br>WASHINGTON CATTLEMEN'S ASSOCIATION, and WASHINGTON FARM BUREAU,<br><br>　　　　　　Defendant-Intervenors. | NO:  2:20-CV-324-RMP<br><br>ORDER GRANTING JOINT MOTION TO AMEND CASE SCHEDULE |

　　　BEFORE THE COURT is the parties' Joint Motion to Amend Case Schedule, ECF No. 39.  Having reviewed the motion and the record, the Court is fully informed, and finds good cause to grant the parties' request.

ORDER GRANTING JOINT MOTION TO AMEND CASE SCHEDULE~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Motion to Amend Case Schedule, **ECF No. 39**, is **GRANTED**.

2. Plaintiffs' June 15, 2021 deadline to either move to amend the Complaint or file an Amended Complaint is extended to **June 29, 2021.**

3. The Parties' June 22, 2021 deadline to file a Joint Status Report is extended to **July 6, 2021**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** June 8, 2021.

                    *s/ Rosanna Malouf Peterson*
                    ROSANNA MALOUF PETERSON
                    United States District Judge