FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE LANDS COUNCIL; WESTERN WATERSHEDS PROJECT; and KETTLE RANGE CONSERVATIONS GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>US FOREST SERVICE; GLENN CASAMASSA, Pacific Northwest Regional Forester, US Forest Service; and RODNEY SMOLDEN, Forest Supervisor, Colville National Forest,<br><br>Defendants,<br><br>PUBLIC LANDS COUNCIL; WASHINGTON CATTLEMEN'S ASSOCIATION; WASHINGTON FARM BUREAU; and STEVENS COUNTY CATTLEMEN'S ASSOCIATION, a Washington corporation,<br><br>Intervenor Defendants, | No. 2:20-CV-00324-MKD<br><br>ORDER ON STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE<br><br>**ECF No. 73** |

ORDER - 1

Before the Court is the parties' Stipulated Motion to Dismiss Without Prejudice, ECF No. 73. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a Stipulated Motion to Dismiss signed by all parties who have appeared. The parties stipulate and agree to the dismissal of Plaintiffs' causes of action against all Defendants without prejudice. The stipulation is signed by counsel for all parties.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Dismiss Without Prejudice, **ECF No. 73**, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this case is **DISMISSED without prejudice** and without an award of fees or costs.

3. All pending deadlines and hearings, if any, are **STRICKEN**.

4. All pending motions, if any, are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE** this case.

DATED December 14, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2